**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: October 19, 2010**

_____

BK1009595
SJB

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT COLUMBUS

| | |
|---|---|
| IN RE: | Case No. 10-61018 |
| Julie Ann Roller | Chapter 7 |
| | Judge Caldwell |
| Debtor | |
| | **ORDER GRANTING AMENDED MOTION FOR RELIEF FROM STAY (DOCKET #12) FOR PROPERTY LOCATED AT (8040 HARRISBURG LONDON RD ORIENT , OH 43146)** |

This matter came to be considered on the Amended Motion for Relief From Stay (the "Amended Motion") filed by U.S. Bank, N.A. on September 20, 2010 as document number 12. Movant has alleged that good cause exists for granting the Amended Motion and that Debtor, counsel for Debtor, The Trustee, and all other necessary parties were served with the Amended Motion and the Notice required by LBR 9013-1(a). No party filed a response or otherwise appeared in opposition to the Amended Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 8040 Harrisburg London Rd Orient, OH 43146.

**IT IS THEREFORE ORDERED:**

The Amended Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

**SO ORDERED**

/s/ Michael R Proctor
Michael R Proctor, Case Attorney
Bar Registration No.0076240
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3224
(513) 354-6464 fax
Email: sohbk@lsrlaw.com

COPIES TO:

DEFAULT LIST

CitiMortgage, Inc., successor by merger to Principal Residential Mortgage, Inc.
1000 Technology Drive
Stop 314
O'Fallon, MO 63368
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Fifth Third Bank
c/o Bankruptcy Department, MDROPS05
1850 East Paris
Grand Rapids, MI 49546
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

John E. Roller
6680 Lithopolis Winchester Road
Canal Winchester, OH 43110
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

###